Tammy Wyatt-Shaw, Esq.
Hammer, Quinn & Shaw PLLC
100 Financial Drive, Suite 100
P.O. Box 7310
Kalispell, MT 59904-0310
Tel: 406.755.2225
Fax: 406.755.5155
twshaw@attorneysmontana.com

Casie D. Collignon, Esq., admitted *Pro Hac Vice*
Justin T. Winquist, Esq., admitted *Pro Hac Vice*
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Tel: 303.861.0600; Fax: 303.861.7805
ccollignon@bakerlaw.com
jwinquist@bakerlaw.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | | |
|---|---|---|
| KATHERINE DILLON, | ) | **17-CV-00099-CCL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **STIPULATED NOTICE OF** |
| PROGRESSIVE CORPORATION, | ) | **SETTLEMENT** |
| PROGRESSIVE CASUALTY | ) | |
| INSURANCE COMPANY, and | ) | |
| ARTISAN AND TRUCKERS | ) | |
| CASUALTY COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

Defendants The Progressive Corporation, Progressive Casualty Insurance Company, and Artisan and Truckers Casualty Company, and Plaintiff Katherine Dillon,

by and through their respective counsel of record, respectfully submit this stipulated notice to the Court that the parties in this action have reached a settlement of all claims asserted in this matter. The parties request that all upcoming case deadlines be stayed while they finalize their settlement and file a stipulation of dismissal.

DATED this 23rd day of August, 2019.

/s/ *Justin T. Winquist*
Justin T. Winquist (admitted *pro hac vice*)
Casie D. Collignon (admitted *pro hac vice*)
Baker & Hostetler LLP

/s/ *Tammy Wyatt-Shaw*
Tammy Wyatt-Shaw, Esq.
Hammer, Quinn & Shaw PLLC

*Attorneys for Defendants*

/s/ *Geoffrey C. Angel*
Geoffrey C. Angel
Angel Law Firm

*Attorneys for Plaintiff*