FILED
9/16/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KATHERINE DILLON, | CV-17-99-H-CCL |
| Plaintiff, | |
| vs. | Order |
| PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY INSURANCE COMPANY, and ARTISAN AND TRUCKERS CASUALTY COMPANY | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion to Dismiss with Prejudice and being fully advised; the motion is GRANTED:

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. Each party shall bear their own costs and attorney fees.

Dated this 16th day of September, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE